## UNITED STATES of America, Plaintiff–Appellee,

v.

Bersain BERISTAIN–JUAREZ, Defendant–Appellant.

No. 15–50423.

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2016.*

Filed April 18, 2016.

Arash J. Fuladian, Assistant U.S., Peter Ko, Assistant U.S., Office of the U.S. At-

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

torney, San Diego, CA, for Plaintiff–Appellee.

David James Zugman, Burcham & Zugman, San Diego, CA, for Defendant–Appellant.

Bersain Beristain–Juarez, Taft, CA, pro se.

Before: FARRIS, TALLMAN, and BYBEE, Circuit Judges.

MEMORANDUM **

Bersain Beristain–Juarez appeals from the district court's judgment and challenges his guilty-plea conviction and 24–month sentence for attempted reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Beristain–Juarez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Beristain–Juarez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

See Fed. R.App. P. 34(a)(2).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.